IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | Case Nos. 1:21-bk-01035-HWV |
| --- | --- | --- |
|    KK FIT, INC. | : | 1:21-bk-01036-HWV |
|    KK FIT YORK, INC. | : | 1:21-bk-01037-HWV |
|    KK FIT SOUTH YORK, INC. | : | 1:21-bk-01038-HWV |
|    KK ALLIANCE, INC. | : | 1:21-bk-01039-HWV |
|    KK FIT HERSHEY, INC. | : | 1:21-bk-01040-HWV |
|    KKL FIT III, INC. | : | 1:21-bk-01041-HWV |
|    KWK, INC. and | : | 1:21-bk-01042-HWV |
|    KK FIT WYO, INC. | : | |
| | : | Jointly Administered Under Case No. 21- |
| Debtors | : | 01035 |
| | : | |
| | : | Chapter 11 |
| | : | Subchapter V |

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

Notice is hereby given that KK Fit Alliance, Inc. has filed a Motion to End its Joint Administration with the Chapter 11 Cases of KK Fit, Inc., KK Fit York, Inc., KK Fit South York, Inc., KK Fit Hershey, inc., KKL Fit III, Inc., KWK, Inc. and KK Fit Wyo, Inc. KK Fit Alliance, Inc. has filed to convert its case to one under Chapter 7. As a result, because the other seven (7) Debtors remain in Chapter 11, joint administration for KK Fit Alliance, Inc. is not necessary.

A complete copy of the Amended Motion may be viewed at the Court's Electronic Filing website or at the Clerk's office of the United States Bankruptcy Court at the address set forth below.

Unless objections to the Motion are filed on or before October 13, 2021, the Court may grant the relief requested in this Motion without further hearing. All objections must conform to the Rules of Bankruptcy procedure. In the event that an objection is timely and properly filed, such objecting party must also appear at any hearing scheduled by the Court. In the event that no timely and property objections are filed, the Court may enter an Order approving the Motion without further hearing.

**CLERK, U.S. BANKRUPTCY COURT**
**THE RONALD REAGAN FEDERAL BUILDING**
**228 WALNUT STREET, ROOM 320**
**HARRISBURG, PA 17101**

Date: September 29, 2021