IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | Case Nos. 1:21-bk-01035-HWV |
|---|---|---|
|    KK FIT, INC. | : | 1:21-bk-01036-HWV |
|    KK FIT YORK, INC. | : | 1:21-bk-01037-HWV |
|    KK FIT SOUTH YORK, INC. | : | 1:21-bk-01038-HWV |
|    KK ALLIANCE, INC. | : | 1:21-bk-01039-HWV |
|    KK FIT HERSHEY, INC. | : | 1:21-bk-01040-HWV |
|    KKL FIT III, INC. | : | 1:21-bk-01041-HWV |
|    KWK, INC. and | : | 1:21-bk-01042-HWV |
|    KK FIT WYO, INC. | : | |
| | : | Jointly Administered Under Case No. 21-01035 |
|    Debtors | : | |
| | : | |
| | : | Chapter 11 |
| | : | Subchapter V |

**ORDER**

Upon consideration of the Motion Ending Joint Administration as to KK Fit Alliance, Inc., it is

**HEREBY ORDERED** that the joint administration of KK Fit Alliance, Inc. with KK Fit, Inc., KK Fit York, Inc., KK Fit South York, Inc., KK Fit Hershey, Inc., KKL Fit III, Inc., KWK, Inc. and KK Fit Wyo, Inc., is terminated.