IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | Case Nos. 1:21-bk-01035-HWV |
|---|---|---|
| KK FIT, INC. | : | 1:21-bk-01036-HWV |
| KK FIT YORK, INC. | : | 1:21-bk-01037-HWV |
| KK FIT SOUTH YORK, INC. | : | 1:21-bk-01038-HWV |
| KK ALLIANCE, INC. | : | 1:21-bk-01039-HWV |
| KK FIT HERSHEY, INC. | : | 1:21-bk-01040-HWV |
| KKL FIT III, INC. | : | 1:21-bk-01041-HWV |
| KWK, INC. and | : | 1:21-bk-01042-HWV |
| KK FIT WYO, INC. | : | |
| | : | Jointly Administered Under Case No. 21-01035 |
| Debtors | : | |
| | : | Chapter 11 |
| | : | Subchapter V |

## CERTIFICATE OF SERVICE

I, Joanne M. Bartley, with the law firm of Cunningham, Chernicoff & Warshawsky, P.C. hereby certify that on September 28, 2021, true and correct copy of the attached **MOTION TO TERMINATE JOINT ADMINISTRATION OF KK FIT ALLIANCE, INC. CASE** was served via electronic means through the Court's ECF filing system and/or by first-class mail, postage prepaid, unless otherwise noted, as follows:

Joseph P. Schalk
Office of the U.S. Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Lisa A. Rynard, Esquire
Purcell, Krug & Haller, P.C.
1719 North Front Street
Harrisburg, PA 17102

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Assistant U.S. Attorney
P. O. Box 11754
Harrisburg, PA 17108-1754

Office of Attorney General
Financial Enforcement Section
Strawberry Square, 15th Floor
Fourth & Walnut Streets
Harrisburg, PA 17120

Securities Exchange Commission
3 World Financial Center
New York, NY 10281

Dana S. Plon, Esquire
Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA 19109

Matthew G. Brushwood, Esquire
Barley Snyder
50 North Fifth Street, 2nd Floor
Reading, PA 19601

| | |
|---|---|
| Joseph H. Lemkin, Esquire<br>Stark & Stark, P.C.<br>P.O. Box 5315<br>Princeton, NJ 08543 | Rebecca J. Price, Esquire<br>Norris McLaughlin, P.A.<br>515 W. Hamilton Street<br>Suite 502<br>Allentown, PA 18101 |
| Robert W. Pontz, Esquire<br>Brubaker Connaughton *et al*.<br>480 New Holland Avenue, Suite 6205<br>Lancaster, PA 17602 | Ronald E. Gold, Esquire<br>Frost Brown Todd LLC<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, OH 45202 |

  I further certify that on September 28, 2021, a true and correct copy of the **NOTICE REGARDING MOTION TO TERMINATE JOINT ADMINISTRATION OF KK FIT ALLIANCE, INC. CASE** was served by electronic means and/or first-class mail, postage prepaid on the following:

**SEE ATTACHED LIST**

            s/ Joanne M Bartley
            Joanne M. Bartley
            Assistant to Robert E. Chernicoff, Esquire

| | | |
|---|---|---|
| Calab T. Holzaepfel<br>York Galleria Limited Partnership<br>736 Georgia Ave., Suite 300<br>Chaattanooga TN 37402-2059 | CBL Properties<br>Westmoreland Mall<br>Rt. 30, Suite 190<br>Greensburg PA 15601 | Cole Mt East Manchester PA LLC<br>Successor in interest to SADG-11 Associa<br>2398 East Camelback Rd., 4th Fl.<br>Phoenix AZ 85016-9011 |
| East Manchester Village<br>c/o Vastgood Properties, LLC<br>44 S Bayles Ave., Suite 210<br>Port Washington NY 11050-3765 | Gladstone Development Corp.<br>287 Bowman Ave.<br>Purchase NY 10577-2517 | Gold's Gym International<br>125 E John Carpenter Freeway, Suite 1300<br>Irving TX 75062-2366 |
| Gold's Gym International<br>5440 Lyndon B Johnson FWY STE 200<br>Dallas TX 75240-2324 | Hitachi Capital America Corp<br>7808 Creedridge Circle, Suite 250<br>Edina MN 55439-2647 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 |
| J. Lemkin<br>United Leasing, Stark & Stark<br>P.O. Box 5315<br>Princeton NJ 08543-5315 | Jennifer D. Gould<br>Stark & Stark<br>P.O. Box 1500<br>Newton PA 18940-0894 | Jillian Nolan Snider<br>Frost Brown Todd, LLC<br>501 Grant St., Suite 800<br>Pittsburgh PA 15219-4438 |
| Joseph Howard Lemkin<br>Stark & Stark<br>993 Lenox Dr., Bldg. 2<br>Lawrenceville NJ 08648-2316 | Joseph P Schalk<br>Office of the U.S. Trustee<br>228 Walnut St., Suite 1190<br>Harrisburg PA 17101-1722 | KND Holdings, LLC<br>285 Dunham Dr.<br>Hummelstown PA 17036-8040 |
| Lisa Ann Rynard<br>Purcell, Krug & Haller<br>1719 North Front St.<br>Harrisburg PA 17102-2392 | Macrolease Corporation<br>185 Express St., Suite 100<br>Plainview NY 11803-2406 | Matthew G. Brushwood<br>Barley Snyder LLP<br>50 N. Fifth St., Ste 2nd Fl.<br>Reading PA 19601-3417 |
| Michael J. Fina<br>105 Leader Heights Rd.<br>York PA 17403-5137 | PA Dept. of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg PA 17128-0946 | Paramount Realty<br>1195 Rt 70, Suite 2000<br>Lakewood NY 08701-6100 |
| PeoplesBank<br>105 Leader Heights Rd.<br>P.O. Box 3623<br>York PA 17402-0136 | Peter A. Lesser, Esquire<br>Sirlin Lesser & Benson, PC<br>123 S Broad St., Suite 2000<br>Philadelphia PA 19109-1042 | Peter M. Good, Esquire<br>Caldwell & Kearns PC<br>3631 N. Front St.<br>Harrisburg PA 17110-1500 |
| Rebecca J. Price, Esquire<br>Norris McLaughlin, PA<br>515 W Hamilton St., Suite 502<br>Allentown PA 18101-1513 | Robert W. Pontz, Esquire<br>Brubaker Connaughton Goss & Lucarelli<br>480 New Holland Ave., Suite 6205<br>Lancaster PA 17602-2227 | Ronald E. Gold, Frost Brown Todd LLC<br>3300 Great American Tower<br>301 East Fourth St.<br>Cincinnati OH 45202-4257 |
| Securities & Exchange Commission<br>3 World Financial Center<br>New York NY 10281-1022 | Stearns Bank National Association<br>ATTN LEGAL DEPARTMENT<br>4191 2ND STREET SOUTH<br>ST CLOUD NN 56301-3761 | Sterns Equipment Lease<br>P.O. Box 327<br>Albany MN 56307-0327 |

| | | |
|---|---|---|
| TCF Equipment Finance<br>P.O. Box 77077<br>Mineapolis MN 55480-7777 | Timothy Nieman<br>105 Leader Heights Rd.<br>York PA 17403-5137 | Ty Sterling<br>937 E Walnut St.<br>Palmyra PA 17078-2841 |
| United Leasing<br>3700 E Morgan Ave.<br>Evansville IN 47715-2240 | United States Trustee<br>228 Walnut St., Suite 1190<br>Harrisburg PA 17101-1722 | UNVl/Citi<br>P.O. Box 6241<br>Sioux Falls SD 57117-6241 |
| Washington Prime<br>111 Monument Circle, Suite 3500<br>Indianapolis IN 46204-5113 | Zenith Properties LP<br>1005 Patriot Parkway<br>Reading PA 19605-2874 | KK Fit Realty<br>P.O. Box 21649<br>**York, PA 17402** |